```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 22750
   DAVID IBARRA
                                          CHAPTER 13

                                          JUDGE: JACK B SCHMETTERER

        Debtor
  SSN XXX-XX-8774

--------------------------------------------------------------------------
             TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
    The case was filed on 12/04/2007 and was not confirmed.

    The case was dismissed without confirmation 01/30/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID           PAID
--------------------------------------------------------------------------
BANK OF NEW YORK         NOTICE ONLY     NOT FILED           .00            .00
COUNTRYWIDE HOME LOANS I NOTICE ONLY     NOT FILED           .00            .00
COUNTRYWIDE HOME LOANS   CURRENT MORTG         .00           .00            .00
COUNTRYWIDE HOME LOANS   SECURED NOT I  120413.54           .00            .00
WASHINGTON MUTUAL BANK   CURRENT MORTG         .00           .00            .00
WASHINGTON MUTUAL BANK   SECURED NOT I   22575.60           .00            .00
WASHINGTON MUTUAL        CURRENT MORTG         .00           .00            .00
WASHINGTON MUTUAL        SECURED NOT I   44150.59           .00            .00
PRO SE DEBTOR            DEBTOR ATTY          .00                           .00
TOM VAUGHN               TRUSTEE                                            .00
DEBTOR REFUND            REFUND                                             .00

       Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                        RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                      .00

PRIORITY                                           .00
SECURED                                            .00
UNSECURED                                          .00
ADMINISTRATIVE                                     .00
TRUSTEE COMPENSATION                               .00
DEBTOR REFUND                                      .00
                        --------------     --------------
TOTALS                       .00                   .00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 04/23/08                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```